**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

MICHELLE LEDUC,                 §
                                     §
           Plaintiff,         §
                                       §
      v.                       §       No.  4:15-cv-2276
                                       §
GC SERVICES, LP,            §
                                       §
           Defendant.       §

<u>**NOTICE OF SETTLEMENT**</u>

"NOW COMES the Plaintiff, MICHELLE LEDUC by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: August 26, 2015               Respectfully Submitted,

                                       By:<u>/s/ Ryan Lee</u>
                                       Ryan Lee
                                       Attorneys for Plaintiff
                                       Krohn & Moss, Ltd.
                                       10474 Santa Monica Blvd. Suite 405
                                       Los Angeles, CA 90025
                                       Tel: 323-988-2400 x241
                                       Fax: (866) 861-1390
                                       rlee@consumerlawcenter.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2015, I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

electronically submitted to all parties by the Court's CM/ECF system.


<u>s/ Ryan Lee</u>
Ryan Lee
Attorney for Plaintiff