IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Michelle Leduc,** | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. H-15-2276** |
| | § | |
| **GC Services, LP,** | § | |
|   Defendant. | § | |

## ORDER

In accordance with the Notice of Voluntary Dismissal filed on October 8, 2015 (docket entry no. 6), this action is dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 8th day of October, 2015.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE